UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>Respondent. | Case No. 2:24-08278 JLS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. Nos. 1, 10, 18, 22), Respondent's Motion to Dismiss (Dkt. Nos. 16, 20), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 30), and all the records and files herein.  Petitioner did not file objections to the Report and Recommendation, and the deadline to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

    Accordingly, IT IS HEREBY ORDERED:

    1. The Report and Recommendation is accepted, (Dkt. No. 30);

2. The Motion to Dismiss is granted (Dkt. Nos. 16, 20); and

3. Judgment is to be entered accordingly.

DATED: August 29, 2025

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge