UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ALVARADO,<br><br>                    Petitioner,<br><br>      v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>                    Respondent. | Case No. 2:24-08278 JLS (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition dismissed without prejudice. All pending motions are terminated.

DATED: August 29, 2025

_____
THE HONORABLE JOSEPHINE L. STATON
United States District Judge